# CLERK'S AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF ALCORN

I, JOE CALDWELL, CLERK OF THE CIRCUIT COURT OF SAID COUNTY, HEREBY CERTIFY THAT THE FORGOING PAPERS ARE TRUE, CORRECT, AND COMPLETE COPIES OF THE PAPERS FILED IN MY OFFICE, ORDERS, AND JUDGMENTS AS THEY APPEAR ON THE MINUTES OF THE COURT.

CAUSE NUMBER: CV2015-058GA

STYLE: The Estate of Betty Sue Dunn Gray et al vs Scott Dalton et al

WITNESS MY HAND AND OFFICIAL SEAL THIS THE 25th DAY OF March, 2015.

*Joe Caldwell*
JOE CALDWELL, CIRCUIT CLERK
BY: *Crystal Starling* DC
CRYSTAL STARLING, DEPUTY CLERK