IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

THE ESTATE OF BETTY SUE DUNN GRAY,
Wilburn Gray, as Administrator of the Estate of
Betty Sue Dunn Gray; WILBURN GRAY, individually
and on behalf of all Wrongful death beneficiaries of
Betty Sue Dunn Gray; RONNIE BROWN,
individually and on behalf of all Wrongful
death beneficiaries of Betty Sue Dunn Gray;
WILLIAM BROWN, individually and on behalf
of all Wrongful death beneficiaries of
Betty Sue Dunn Gray                                                                                              PLAINTIFFS

V.                                                                                    CAUSE NO.: 1:15CV061-SA-DAS

SCOTT DALTON, individually and in his
official capacity as officer for the Alcorn County
Sheriff's Department; CHARLES RINEHART,
in his official capacity as Sheriff of Alcorn County,
Mississippi and as supervisor of Scott Dalton;
ALCORN COUNTY, MISSISSIPPI, a political
subdivision of the State of Mississippi; and
JOHN DOES 1-10                                                                                                     DEFENDANTS

ORDER ON SUMMARY JUDGMENT

Pursuant to a Memorandum Opinion issued this day, the Defendants' Motion for Summary Judgment [116] is GRANTED IN PART and DENIED IN PART. Plaintiffs' Fourteenth Amendment excessive force claims, the Fourth Amendment arrest claims, and failure to train claims are dismissed. Plaintiffs' remaining claims include their Fourth Amendment detention claims against both the County and Scott Dalton, and the state law wrongful death and gross negligence claims.

SO ORDERED, this the 6th day of January, 2017.

                                              /s/ Sharion Aycock
                                              **U.S. DISTRICT JUDGE**